UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK H. MORRIS,

      Plaintiff,

v

MICHIGAN STATE POLICE,
an agency of the State of Michigan,

      Defendant.

Case No. 1:25-cv-00401-JMB-RSK
Hon: Jane M. Beckering

| | |
|---|---|
| James K. Fett (P39461)<br>Fett & Fields, P.C.<br>1186 Sarah Rd.<br>Pinckney, MI 48169<br>734-954-0100<br>Fax: 734-954-0762<br>jim@fettlaw.com<br>Attorneys for Plaintiff | Mary A. Waddell (P70545)<br>Tyler R. Kitzmiller (P86684)<br>Assistant Attorneys General<br>State Operations Division<br>P.O. Box 30754<br>Lansing, MI 48909<br>517-335-7573<br>Waddellm1@michigan.gov<br>Kitzmillert@michigan.gov<br>Attorneys for Defendant |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# INDEX OF EXHIBITS

1.  Lt. Col. Ryan Pennell's Deposition Testimony

2.  Major Beth Clark's Declaration

3.  Chief MSP DEI Officer Insp. Sarah Krebs' Declaration

4.  Captain Philip Menna (ret) Declaration

5.  Insp. Patrick Morris Deposition Testimony

6.  Col. James Grady Deposition Testimony

7.  PSS-180-20 Report

8.  Lt. Col. David Sosinski Deposition Testimony

9.  PRIDE Email Thread

10. Robbin Sim Declaration

11. PSS-295-25 Original Incident Report

12. Lt. Whitfield Email to Plaintiff

13. Grady's Executive Assistant Heather Luebs' Deposition Testimony

14. Lt. Col. Ryan Pennell's Notes

15. Vacated Order

16. Plaintiff's Resume

17. Whitfield Deposition Testimony